UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS DANIEL MEDINA-MERAZ,

    Defendant.
_____/

CRIM. CASE NO. 10-20338-4

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER DENYING
## DEFENDANT MEDINA-MERAZ MOTION FOR SEVERANCE

Defendant Medina-Meraz, who is charged in all three counts of the Superseding Indictment, has filed a Motion for Severance alleging that a joint trial with the other four defendants will compromise his rights and "also prevent a jury from making a reliable judgment about his guilt or innocence. . .". Motion for Severance (Dkt. No. 180 P.1)

In the instant multi-defendant case the Court and the parties have crafted a jury questionnaire that emphasizes that each defendant's guilt or innocence must be determined individually. The Court will follow up on this important legal principle in jury instructions.

The Court holds that Defendant is not entitled to severance under Rule 14(a) of the Federal Rules of Criminal Procedure because there is not a serious risk that a joint trial would compromise the rights of Defendant Medina-Meraz nor would the jury be unable to make a reliable judgment about his guilt or innocence. See *Zafiro v. United States*, 506 U.S. 534, 539 (1993).

1

Accordingly Defendant Medina-Meraz Motion to Sever is DENIED.

SO ORDERED.

DATED: 4-12-11

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE